# AFFIDAVIT OF SERVICE

**State of Colorado**  County of

Case Number: 24-CV-276-MEH

Plaintiffs:
**DAVE CONNER and VICKY CONNER**
vs.
Defendants:
**AMERICAN MOVERS DIRECT, LLC; ROGER COHEN and EXPRESS VAN LINE**

For: Lambdin & Chaney, LLP

Received by Front Range Legal Process Service, Inc. on the 1st day of February, 2024 at 11:56 am to be served on American Movers Direct, LLC - c/o Republic Registered Agent, LLC, 5830 E. 2nd Street, Ste 7000, Casper, WY 82609. I, Kellie Zerbe-Alme, being duly sworn, depose and say that on the 1st day of February 2024 at 4:13 P.m., executed service by delivering a true copy of the **Summons; Complaint and Jury Demand; Civil Cover Sheet** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
(X) CORPORATE SERVICE: By serving Bonnie Hebert as Operations Manager
( ) POSTING _____

(X) DESCRIPTION ) Age 34 Sex F Race White Height 5'4" Weight 125 Hair Brn Glasses Yes

( ) OTHER SERVICE: As described in the Comments below by

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 2 day of February 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

LIZZ KUHNEL
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 165795
MY COMMISSION EXPIRES: 07/19/2027

PROCESS SERVER # NA
Appointed in accordance with State Statutes

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2024001099

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k