IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-00276-NYW-MEH

DAVE CONNER; and
VICKY CONNER,

    Plaintiffs,

v.

AMERICAN MOVERS DIRECT LLC;
ROGER COHEN; and
EXPRESS VAN LINE

    Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE AND EXTEND PROPOSED SCHEDULING ORDER DEADLINES**

---

Plaintiffs, Dave and Vicky Conner, by and through their attorneys, Lambdin & Chaney, LLP, hereby file the Motion for Reschedule the Scheduling Conference and Extend Proposed Scheduling Order Deadlines (the "Motion") and in support thereof state as follows:

<u>D.C.COLO.LCivr 7.1 Certification:</u> Undersigned conferred with counsel for Defendant American Movers Direct and Defendant American Movers Direct does <u>not</u> oppose the Motion and relief sought.

Defendant Roger Cohen was served pursuant to F.R.C.P. 4(e)(1) [Doc. 6], but has not entered or appeared in the case. Therefore, Plaintiffs have been unable to contact Defendant Cohen for a conferral. Plaintiffs have separately filed a Motion seeking Entry

of Clerk's Default against Mr. Cohen.  Plaintiffs are still in the process of serving Defendant Express Van Line, and thus, were not able to confer with Defendant Express Van Line.

1. The Scheduling Conference in this matter is currently scheduled for April 3, 2024, with the proposed Scheduling Order due on March 27, 2024 and the 26(f) meeting deadline set for March 20, 2024.

2. Defendant Express Van Line has not been served yet and Plaintiffs are still working towards serving it. Currently, Plaintiffs have sent for service at Defendant Express Van Line's registered agent's address and the address of its managing member.

3. Plaintiffs believe it would be in all parties' best interests to continue the Scheduling Conference until Defendant Express Van Line has been served and enters an appearance in the case.

4. Based on the foregoing, Plaintiffs respectfully move that the Scheduling Conference set for April 3, 2024, be continued pending service of Defendant Express Van Line, and that the proposed Scheduling Order deadline likewise be extended.

5. Plaintiffs are not filing the within motion for any improper purpose.

6. No party will be prejudiced by the granting of this motion.

WHEREFORE, Plaintiffs respectfully request that the Scheduling Conference of April 3, 2024, be continued pending service of Defendant Express Van Line, and that the proposed F.R.C.P. 26(f) meeting deadline and Scheduling Order deadline likewise commensurately be extended.

DATED this 20th day of March, 2024.

Respectfully submitted,

By:   *s/ L. Kathleen Chaney*
L. Kathleen Chaney, #29358

LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, Colorado 80237
Telephone: (303) 799-8889
E-mail: kchaney@lclaw.net

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2024, a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE AND EXTEND PROPOSED SCHEDULINE ORDER DEADLINES** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jason D. Cooper, Esq., jcooper@tamlegal.com
Reza D. Rismani, Esq., rrismani@tamlegal.com
Treece Alfrey Musat, P.C.
633 17th Street, suite 2200
Denver, CO 80202
(303) 292-2700
Joseph J. Lico, Esq., joe.lico@robinsonandhenry.com
8000 South Chester Street, Suite 125
Centennial, CO 80012
(303) 688-0944
*Attorneys for Defendant American Movers Direct*

      *s/ L. Kathleen Chaney*
L. Kathleen Chaney, #29358

LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, Colorado 80237
Telephone: (303) 799-8889
E-mail: kchaney@lclaw.net