AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-CV-276-MEH

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **Bleaus Paradis, LLC dba Express Van Line** was received by me on **May 3, 2024**

☐ I personally served the Summons in a Civil Action; Complaint and Jury Demand; Civil Cover Sheet; on the individual at , , on 7:52 PM

☑ I left the Summons in a Civil Action; Complaint and Jury Demand; Civil Cover Sheet; at the individual's residence or usual place of abode with **Michael Lopez - Process Specialist**, a person of suitable age and discretion who resides there, on *(date)* **May 5, 2024**, and mailed a copy to the individual's last known address; or

☐ I served the Summons in a Civil Action; Complaint and Jury Demand; Civil Cover Sheet; to , who is designated by law to accept service of process on behalf of on ; or

☐ I returned the Summons in a Civil Action; Complaint and Jury Demand; Civil Cover Sheet; unexecuted because;

☐ other *(specify):*

I declare under penalty of perjury that this information is true.

Date: May 6, 2024

_____
*Server's signature*

**Melanie Garcia - R-2023-00882**
*Printed name and title*

Contracted by
145 W Swallow Rd
Fort Collins, CO 805252500
(888) 387-3783
*Server's Address*



A0440-R175781