# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Chief Magistrate Judge Michael E. Hegarty

DATE: August 20, 2024

RE: *Conner et al v. American Movers Direct LLC et al.*, 24-cv-00276-NYW-MEH

\_\_\_\_  A settlement conference was held on this date, and although no settlement has been reached, the Court is continuing to work with the Parties.

\_\_\_\_  A settlement conference was held on _____, and a settlement has been reached as to:

> \_\_\_\_  All claims in this action. The Parties shall file dismissal papers by _____.

Settlement discussion, preparation and travel time involved: _____.

A written record was made          A written record was not made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

  **X**  Since the Scheduling Conference held in this case, the Court has engaged the Parties in settlement discussions or negotiations in the above-captioned case, including emails and phone calls, and a settlement has been reached as to:

>   **X**  All claims in this action.

Negotiation time involved:   **5**   hours  **00**   minutes.