IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00276-MEH

DAVE CONNER,
VICKY CONNER,

    Plaintiffs,

v.

AMERICAN MOVERS DIRECT LLC,
ROGER COHEN, and
EXPRESS VAN LINE,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, Chief United States Magistrate Judge, on August 20, 2024.**

    This matter is before the Court on the notice that a settlement was reached between the Parties. ECF 50. In light of the Parties' settlement, the Parties shall file dismissal papers on or before **September 20, 2024**. If dismissal papers are not filed, the Parties shall file a Status Report by the same deadline updating the Court on the status of the finalized settlement agreement in this case.