IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-00276-NYW-MEH

DAVE CONNER; and
VICKY CONNER,

    Plaintiffs,

v.

AMERICAN MOVERS DIRECT LLC;
ROGER COHEN; and
EXPRESS VAN LINE

    Defendants.

## STATUS REPORT RE: SETTLEMENT AGREEMENT

The parties, by and through their respective counsel, hereby submit the following Status Report re Settlement Agreement:

1. On August 14, 2024, the Parties, through the assistance of the Court, agreed to a settlement for a global release of all parties where Defendants agreed to make payment in 30 days.

2. On August 20, 2024, the Court issued a Minute Order requiring the Parties file dismissal papers or, if dismissal papers are not filed, a Status Report updating the Court on the status of the settlement agreement.

3. As of September 20, 2024, American Movers Direct, LLC and Express Van Line were still in the process of collecting their respective funds for settlement.

4. Accordingly, the Plaintiffs have not received payment from the Defendants for their respective settlement amounts.

Respectfully submitted,

| | |
|---|---|
| */s/ Anthony J. Olson, Esq.* | */s/ Jason D. Cooper* |
| L. Kathleen Chaney, Esq. | Reza D. Rismani, Esq. |
| Anthony J. Olson, Esq. | Jason D. Cooper, Esq. |
| LAMBDIN & CHANEY, LLP | Treece Alfrey Musat P.C. |
| 4949 S. Syracuse Street, Suite 600 | 633 17th Street, Suite 2200 |
| Telephone: (303) 799-8889 | Telephone: (303) 292-2700 |
| Facsimile: (303) 799-3700 | Facsimile: (303) 295-0414 |
| kchaney@lclaw.net | rrismani@tamlegal.com |
| aolson@lclaw.net | jcooper@tamlegal.com |
| Attorney for Plaintiffs | Attorney for Defendant American Movers Direct, LLC |

2